IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-348 |
| | ) |
| SHANE HENNEN, | ) |
| Defendant. | ) |

## PLEA

AND NOW, the defendant, SHANE HENNEN, in the above entitled case hereby withdraws his plea of NOT GUILTY, entered March 8, 2010, and now pleads GUILTY to counts one and six in open court this 1st day of April, 2011.

_____
Defendant

_____
Attorney